

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00411-CV

WILLIE LEWIS, Appellant

v.

CITY OF FORT WORTH, TARRANT
COUNTY, FORT WORTH
INDEPENDENT SCHOOL DISTRICT,
TARRANT COUNTY COLLEGE
DISTRICT, TARRANT COUNTY
HOSPITAL DISTRICT, AND TARRANT
REGIONAL WATER DISTRICT,
Appellees

§ On Appeal from the 236th District
Court

§ of Tarrant County (236-B43868-11)

§ November 17, 2022

§ Memorandum Opinion by Chief Justice
Sudderth

## JUDGMENT

This court has considered the record on appeal in this case and holds that the

appeal should be dismissed. It is ordered that the appeal is dismissed for want of

jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
      Chief Justice Bonnie Sudderth